**FILED**

JUN 0 6 2005

RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL BRIGAERTS,

    Defendant.
_____/

No. 3-05-70153 (JS)

<u>ORDER MODIFYING CONDITIONS OF RELEASE</u>

    This matter having come before the Court at the Bail Review Hearing conducted on May 20, 2005 and the Court being advised;

    IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

    1. Defendant MICHAEL BRIGAERTS shall, upon approval of Pre-Trial Service, be allowed to seek and maintain employment.

    2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: 6-6-05, 2005

                              UNITED STATES MAGISTRATE JUDGE