UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-05-70153 MAG |
| Plaintiff(s), | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| MICHAEL BRIGAERTS, | |
| Defendant(s). | |

On July 22, 2005, a Bail Status hearing was held. David Hall, counsel for Plaintiff, appeared. Gail Shifman, counsel for Defendant, appeared. Defendant Michael Brigaerts was not present. Rich Sarlatte from Pretrial Services, appeared.

IT IS HEREBY ORDERED that if Defendant is released from the hospital, and Pretrial Services determines that it is appropriate, Defendant shall report, at the direction of Pretrial Services, to the in-patient facility at Mount Vista Farms located in Sonoma County.

IT IS SO ORDERED.

Dated: July 22, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MICHAEL BRIGAERTS,<br><br>　　　　Defendant(s).<br>_____/ | No. 3-05-70153 MAG<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

On July 22, 2005, a Bail Status hearing was held. David Hall, counsel for Plaintiff, appeared. Gail Shifman, counsel for Defendant, appeared. Defendant Michael Brigaerts was not present. Rich Sarlatte from Pretrial Services, appeared.

IT IS HEREBY ORDERED that if Defendant is released from the hospital, and Pretrial Services determines that it is appropriate, Defendant shall report, at the direction of Pretrial Services, to the in-patient facility at Mount Vista Farms located in Sonoma County.

IT IS SO ORDERED.

Dated: July 22, 2005

　　　　　　　　　　　　　　　　　　/s/ Joseph C. Spero
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge