UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL BRIGAERTS,

    Defendant.

No. 3-05-70153 (JS)

ORDER MODIFYING CONDITIONS OF RELEASE

This matter having come before the Court at the Bail Review Hearing conducted on August 19, 2005 and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

    1. Mireille Feldtman shall be removed from the bond as both surety and custodian and Rebecca Paulson shall substitute as custodian.

    2. Defendant shall seek and maintain mental health treatment as directed by Pre-Trial Services and shall maintain all prescription medications as prescribed by mental health professionals.

    3. Defendant shall participate in out-patient drug treatment as directed by Pre-Trial Services and shall participate in in-patient drug treatment once medically stable and as directed by Pre-Trial Services.

    4. Defendant shall seek and maintain medical treatment as directed by appropriate medical professionals and shall provide updates and reports to Pre-Trial Services of all testing and consultations with medical professionals for treatment.

5. All other conditions of release shall remain in effect unless modified by Order of the Court.

This matter is set for a status hearing on bail on September 20, 2005 at 9:30 a.m.

Dated: August 29, 2005

_____
UNITED STATES MAGISTRATE JUDGE
JOSEPH C. SPERO