OCT-04-2005  13:44  FROM                    TO  97886787                    P.03
Case 3:05-mj-70153-MAG   Document 31   Filed 10/05/05   Page 1 of 1
Case 3:05-mj-70153-MAG   Document 30   Filed 10/04/2005   Page 2 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MICHAEL BRIGAERTS,

                Defendant.

No.  3-05-70153 JCS (~~CRB~~)

ORDER SETTING HEARING DATE

    This matter having come before the Court upon the Stipulation of the parties and the Court being advised:

    IT IS ORDERED that a status hearing shall be held on October 28, 2005 at 10:30 a.m.

Dated:  October 5  , 2005

UNITED STATES MAGISTRATE JUDGE