UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL BRIGAERTS,

    Defendant.

No. 3-05-70153 (JCS)

ORDER EXONERATING SECURITY AND MODIFYING CONDITIONS OF RELEASE

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

    1. Security in the amount of $20,000 posted by Rebecca Paulson shall be exonerated and returned to Rebecca Paulson residing at 18176 Arnold Drive, #B, Sonoma, California 95476, ph. 707/935-1622.

    2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: November 8, 2005

UNITED STATES MAGISTRATE JUDGE
Joseph C. Spero