UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL BRIGAERTS,

        Defendant.
_____/

No. 3-05-70153 (JS)

ORDER SETTING HEARING DATE

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that a status hearing of December 16, 2005 shall be vacated and that a status hearing shall be held on ~~February 24, 2006~~ March 10, 2006 at 10:30 a.m.

Dated: Dec. 15, 2005

UNITED STATES MAGISTRATE JUDGE
Joseph C. Spero