UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL BRIGAERTS,<br><br>    Defendant.<br>_____/ | No. 3-05-70153 (JS)<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The electronic monitoring of Defendant MICHAEL BRIGAERTS shall be removed.

2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: February 3, 2006

UNITED STATES MAGISTRATE JUDGE
JOSEPH C. SPERO