UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MICHAEL BRIGAERTS,

                Defendant.

_____/

No.  3-05-70153 (JS)

ORDER MODIFYING CONDITIONS OF RELEASE

    This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

    IT IS ORDERED that the Conditions of Release shall be modified removing the condition requiring the defendant to submit to mental health counseling. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: ___June 2___, 2006

_____
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero