**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

--o0o--

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3-05-70153 (JS) |
| **Plaintiff,** | <u>**ORDER SETTING HEARING DATE**</u> |
| vs. | |
| **MICHAEL BRIGAERTS,** | |
| **Defendant.** | |
| _____/ | |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that a status hearing of October 20, 2006 shall be vacated and that a status hearing shall be held on December 15, 2006 at 10:30 a.m.

Dated: __October 20__, 2006

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*