FILED
2006 DEC 15 AM 11:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL BRIGAERTS,

        Defendant.
_____/

No. 3-05-70153 (JS)

ORDER EXONERATING BOND

This matter having come before the Court and the Court being advised;

IT IS ORDERED that the bond is exonerated and all conditions of release relieved.

Dated: 12/15, 2006

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE