| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | C. DAVID HALL (CSBN 66081)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7168<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-05-70153 (JS) (jcs) |
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO DISMISS<br>AND (~~PROPOSED~~) ORDER |
| MICHAEL BRIGAERTS, | ) | |
| Defendant. | ) | |

The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Michael Brigaerts without prejudice in the above entitled ~~indictment~~ complaint pursuant to Federal Rule of Criminal Procedure 48 (a).

DATED: December 15, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

C. DAVID HALL
Assistant United States Attorney

MOTION TO DISMISS
[~~GR 05-00798~~] [~~PJH~~]

1
2  (PROPOSED) ORDER
3       Upon the motion of the United States, the proceedings in the above entitled matter is
4  dismissed without prejudice as to the defendant Michael Brigaerts.
5  Dated:   12/15/06

   HON. JOSEPH C. SPERO
   United States Magistrate Court Judge

MOTION TO DISMISS
[CR 05-00798] [PJH]